512

No. 687

First Circuit

———

LUIZZA v. McCALL

———

(October 8, 1930.   Opinion and Decree.)

———

Harvey. E. Ellis, of Covington, and George Piazza, of New Orleans, attorneys for plaintiff, appellee.

E. V. Parham and Edw. Rightor, of New Orleans, and Morgan & Simmons, of Covington, attorneys for defendant, appellant.

PER CURIAM.  In this case the judgment appealed from is reduced from $350 to the sum of $250; and, as thus amended, it is affirmed; appellee to pay cost of appeal.

No. 688

First Circuit

———

MUTTI v. McCALL

———

(October 8, 1930.   Opinion and Decree.)

———

Harvey E. Ellis, of Covington, and George Piazza, of New Orleans, attorneys for plaintiff, appellee.

E. V. Parham and Edw. Rightor, of New Orleans, and Morgan & Simmons of Covington, attorneys for defendant, appellant.

PER CURIAM.  In this case the judgment appealed from is reduced from $400 to the sum of $300; and, as thus amended, it is affirmed, with cost of appeal on appellee.